IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIMYETTA EVANS,

    Plaintiff,

v.                                        Case No. 1:18cv203-MW/GRJ

GAINESVILLE HOUSING
AUTHORITY, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on January 8, 2019.**

                                              s/Mark E. Walker
                                              **Chief United States District Judge**